**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDI GRAVES JACKSON and ALBERT JACKSON, | § § § | |
| *Plaintiffs,* | § § § | |
| V. | § § | CASE NO. 4:13cv727 |
| JPMORGAN CHASE BANK, N.A., | § § § | Judge Clark/Judge Mazzant |
| *Defendant.* | § § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 28, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Plaintiffs' Original Petition [Doc. #4] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Original

Petition [Doc. #4] is **DENIED.**

So **ORDERED** and **SIGNED** on February  20 , 2014.

_____
Ron Clark, United States District Judge