**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDI GRAVES JACKSON and ALBERT JACKSON, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CASE NO. 4:13cv727 Judge Clark/Judge Mazzant |
| JPMORGAN CHASE BANK, N.A., | § § | |
| Defendant. | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint [Doc. #15] granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Amended

Complaint [Doc. #15] is **DENIED** except as to Plaintiffs' claim under 12 C.F.R. § 1024.41, which is **DISMISSED.**

So **ORDERED** and **SIGNED** this **14** day of **July, 2014.**

_____
Ron Clark, United States District Judge