**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRANDI GRAVES JACKSON and ALBERT JACKSON, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:13cv727 |
| | § | Judge Clark/Judge Mazzant |
| JPMORGAN CHASE BANK, N.A., | § § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 27, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment [Doc. #29] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment [Doc. #29] is **GRANTED,** and this case is dismissed with prejudice.

So ordered and signed on

**Dec 5, 2014**

_____
Ron Clark, United States District Judge